UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MARK BERNSTEIN, individually and as
Parent and Natural Guardian of A.B., an Infant
under the age of 17 years,

                         Plaintiffs,

-against-

THE VILLAGE OF PIERMONT, MICHAEL
BETTMAN, DANNY GOSWICK JR. and
SAM KROPP,

                         Defendants.
------------------------------------------------------------x

Docket No. 11 CV 3677 (ER)

**ORDER TO SHOW
CAUSE FOR DEFAULT
JUDGMENT AND FOR
CONSOLIDATION**

Ramos, D.J.
~~KARAS, D.J.~~:

        Upon the annexed supporting affidavit of Harvey A. Levine, Esq. dated the 19th day of April, 2012, and upon the exhibits annexed thereto, and upon all of the pleadings and proceedings heretofore had and held herein, and upon consideration of plaintiffs' request for entry of Final Judgment by Default and for an Order of Consolidation herein, it is hereby

        **ORDERED**, that the defendants show cause at a conference to be held on the 5th day of June, 2012, at 11:00 o'clock a.m. before the Honorable Edgardo Ramos ~~Kenneth M. Karas~~ in Courtroom 218 ~~521~~ of the United States District Courthouse located at 300 Quarropas Street, White Plains, New York 10601, or as soon thereafter as counsel can be heard, why judgment should not be entered as follows:

        (a)    pursuant to Federal Rule 55.1 and 55.2(a) granting plaintiff a default judgment as against defendants MICHAEL BETTMAN, DANNY GOSWICK, JR. and SAM KROPP;

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/3/2012

(b)   setting this matter down for an inquest upon a date certain to assess damages as to the defendants who have failed to interpose an answer herein;

(c)   pursuant to Federal Rule 42 consolidating the above-entitled action with the action entitled *Mark Bernstein, individually and as Parent and Natural Guardian of AB, an Infant under the age of 17 years, Plaintiffs, against The Village of Piermont, Defendant* (Docket No. 12 CIV 2062); and

(d)   granting such other further and different relief as to this Court may seem just and proper; and it is further

**ORDERED**, that objections to the relief requested herein, or answering papers, if any, shall be served upon Levine & Gilbert, Attn.: Harvey A. Levine, Esq., 115 Christopher Street, New York, New York 10014, by the 30th day of May, 2012; and it is further

**ORDERED**, that service of a copy of this Order and supporting papers be made by first class mail upon the defendant The Village of Piermont through its counsel Siler & Ingber, LLP, 301 Mineola Boulevard, Mineola, New York 11501 and upon the defendants Michael Bettman, Danny Goswick, Jr. and Sam Kropp c/o Village Clerk's Office, 478 Piermont Avenue, Piermont, NY 10968, and such service by first class mail shall be deemed good and sufficient service.

Dated: White Plains, New York
       May 3, 2012

SO ORDERED:

~~KENNETH M. KARAS~~, U.S.D.J.
Hon. Edgardo Ramos
United States District Judge
Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/3/2012